# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONNIE DICKSON**                                              **PLAINTIFF**

v.                         No. 3:21-cv-59-DPM

**ENTERGY ARKANSAS, LLC and**
**ENTERGY OPERATIONS, INC.**                  **DEFENDANT**

## JUDGMENT

Dickson's third amended complaint is dismissed with prejudice. The Court retains jurisdiction until 17 May 2023 to enforce the parties' settlement.

*[signature: W.P. Marshall Jr.]*

D.P. Marshall Jr.
United States District Judge

17 February 2023